UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:22-cv-02688-SVW-MAA** | Date: **July 25, 2022** |
| Title | **Rudy Latscha v. Ken Clark, Warden** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    **Order to Show Cause Re: Dismissal for Failure to Prosecute**

On April 19, 2022, the Court received and filed Petitioner Rudy Latscha's ("Petitioner") *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Section 2254") ("Petition"). (Pet., ECF No. 1.) The Petition alleges seven grounds for federal habeas relief. (*Id.* at 5–7.[1]) However, Petitioner did not pay the $5 filing fee required for Section 2254 actions, nor did he submit a request for leave to proceed *in forma pauperis*. (*See generally* Pet.)

On May 9, 2022, the Court issued an Order directing Petitioner to pay the required $5 filing fee or to submit a completed request for leave to proceed *in forma pauperis* ("May 9 Order"). (May 9, 2022 Order, ECF No. 3.) Petitioner's response was due no later than June 9, 2022. (*Id.* at 1–2.) However, to date, the Court has not received either Petitioner's filing fee or a completed request for leave to proceed *in forma pauperis*. Thus, Petitioner is ordered to show cause no later than **August 24, 2022**, why this action should not be dismissed for failure to prosecute.

If Petitioner files either the $5 filing fee or a completed request for leave to proceed *in forma pauperis* on or before **August 24, 2022**, the Order to Show Cause will be discharged, and no additional action need be taken.

**Petitioner is cautioned that failure to respond to this Order may result in dismissal of the Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See* C.D. Cal. L.R. 41-1.**

---

[1] Pinpoint citations in this Order refer to the page numbers appearing in the ECF-generated headers of the documents cited.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:22-cv-02688-SVW-MAA**                                                    Date: **July 25, 2022**

Title         **Rudy Latscha v. Ken Clark, Warden**

It is so ordered.

<u>Attachment</u>
Form Notice of Dismissal
Form CV-69, pp. 10–11 (Declaration in Support of Request to Proceed In Forma Pauperis)