JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY LATSCHA,<br><br>        Petitioner,<br><br>  v.<br><br>KEN CLARK,<br><br>        Respondent. | Case No. 2:22-CV-02688-SVW-MAA<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is DISMISSED without prejudice.

DATED: September 30, 2022

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE